IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiffs | : | Civil Case |
| | : | |
| v. | : | |
| | : | |
| DANIEL L. ALLGYER, doing | : | No. 11-02651 |
| Business as RAINBOW ACRES FARM | : | |
| Defendant | : | |

ORDER

AND NOW, this 28th day of July, 2011, upon consideration of the motion for intervention, entitled "Answer and Cross-Complaint in Intervention," (Doc. # 7), and all responses and replies thereto, it is hereby ORDERED that the motion is DENIED for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.