IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DANIEL L. ALLGYER, | : | No. 11-02651 |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this 20th day of December, 2012, upon consideration of Defendant's Motion for Reconsideration (Doc. No. 28) and the Government's response thereto (Doc. No. 29), it is hereby ordered that Defendant's motion is **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.